# Exhibit C

| DISP# | PATIENT | | CARRIER | DOS | Claim # | CPT CODE | DATE WON | PROVIDER | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| DISP-1109890 | | ED | UMR | 10/11/2023 | | 22845 | 6/25/2024 | J. BRISMAN | | $63,898.25 |
| DISP-1206589 | | AY | UHC | 8/20/2023 | | 62140 | 10/19/2024 | M. BRISMAN | | $44,609.89 |
| DISP-1237821 | | AL | UHC | 12/11/2023 | | 63685 | 4/2/2025 | SNYDER | | $37,950.00 |
| DISP-1296097 | | TR | NYSHIP | 12/7/2023 | | 63047 | 6/21/2024 | GEORGE | | $62,047.61 |
| DISP-1383783 | | CG | UHC | 2/2/2024 | | 64714 | 10/26/2024 | BIRK | | $115,000.00 |
| DISP-1408852 | | AY | UHC | 8/10/2023 | | 69990 | 8/29/2025 | BROWN | | $33,391.58 |
| DISP-1408917 | | AY | UHC | 8/10/2023 | | 61618 | 9/4/2024 | BROWN | | $26,998.62 |
| DISP-1439669 | | RC | UHC | 2/14/2023 | | 62147 | 9/11/2024 | ONESTI | | $40,733.14 |
| DISP-1439708 | | RC | UHC | 2/14/2023 | | 61618 | 9/12/2024 | ONESTI | | $24,763.66 |
| DISP-1507361 | | AW | UMR | 2/9/2024 | | 20660 | 9/13/2024 | BOLOGNESE | | $24,958.05 |
| DISP-1641876 | | JV | UMR | 3/28/2024 | | 61798 | 1/27/2025 | M. BRISMAN | | $97,750.00 |
| DISP-1962407 | | LL | UHC | 6/14/2024 | | 61458 | 10/15/2025 | J. BRISMAN | | $74,250.00 |
| DISP-2033745 | | MD | OXFORD | 6/24/2024 | | 63655 | 12/13/2024 | SNYDER | | $33,372.00 |
| DISP-2033958 | | MD | OXFORD | 6/24/2024 | | 64722 | 12/17/2024 | SNYDER | | $115,000.00 |
| DISP-2094397 | | CM | UHC | 5/9/2024 | | 63047 | 6/4/2025 | J. BRISMAN | | $63,480.00 |
| DISP-2094805 | | PK | UHC | 3/26/2024 | | 22610 | 1/6/2025 | RAK | | $42,320.00 |
| DISP-2277312 | | FK | UHC | 9/19/2024 | | 62142 | 1/15/2025 | J. BRISMAN | | $63,480.00 |
| DISP-2467155 | | VA | UMR | 9/25/2024 | | 61618 | 3/10/2025 | ONESTI | | $28,750.00 |
| DISP-2467247 | | VA | UMR | 9/25/2024 | | 61458 | 3/10/2025 | ONESTI | | $99,000.00 |
| DISP-2647823 | | KS | UHC | 5/30/2024 | | 63185 | 3/10/2025 | BOLOGNESE | | $57,500.00 |
| DISP-2652491 | | LF | UMR | 10/14/2024 | | 22612 | 4/4/2025 | SONSTEIN | | $69,000.00 |
| DISP-2652941 | | LF | UMR | 10/14/2024 | | 22840 | 4/21/2025 | SONSTEIN | | $57,500.00 |
| DISP-2740898 | | BC | UHC | 11/18/2024 | | 63052 | 4/7/2025 | DADASHEV | | $57,500.00 |
| DISP-3365293 | | TJ | UMR | 11/3/2023 | | 64722 | 8/5/2025 | VAYNMAN | | $57,500.00 |
| DISP-3365326 | | TJ | UMR | 11/3/2023 | | 22551 | 8/5/2025 | VAYNMAN | | $90,000.00 |
| DISP-3365353 | | TJ | UMR | 11/3/2023 | | 22845 | 8/5/2025 | VAYNMAN | | $69,000.00 |
| DISP-3365386 | | TJ | UMR | 11/3/2023 | | 22853 | 8/5/2025 | VAYNMAN | | $23,000.00 |
| DISP-3413760 | | DR | UMR | 9/11/2024 | | 22614 | 7/10/2025 | DADASHEV | | $115,000.00 |
| DISP-3852325 | | EN | UHC | 3/6/2025 | | 22842 | 9/8/2025 | VAYNMAN | | $71,415.00 |
| DISP-3852408 | | EN | UHC | 3/6/2025 | | 22634 | 9/10/2025 | VAYNMAN | | $24,150.00 |
| DISP-3934178 | | WC | UMR | 4/22/2025 | | 22842 | 1/17/2026 | VAYNMAN | | $71,415.00 |
| DISP-3934303 | | WC | UMR | 4/22/2025 | | 22853 | 1/17/2026 | VAYNMAN | | $69,000.00 |
| DISP-3934404 | | WC | UMR | 4/22/2025 | | 63052 | 1/17/2026 | VAYNMAN | | $57,500.00 |
| DISP-3934566 | | WC | UMR | 4/22/2025 | | 22214 | 1/18/2026 | VAYNMAN | | $57,500.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DISP-4287830 | ██████ | BO | UHC | 6/9/2025 | ██████ | 63052 | 12/3/2025 | VAYNMAN | $57,500.00 |
| DISP-4305978 | ██████ | AG | UHC | 6/16/2025 | ██████ | 22830 | 12/15/2025 | GEORGE | $18,515.00 |
| DISP-4404686 | ██████ | AD | UHC | 5/29/2025 | ██████ | 63047 | 12/18/2025 | GEORGE | $63,480.00 |
| DISP-4585823 | ██████ | TP | UHC | 7/21/2025 | ██████ | 22633 | 1/6/2025 | GEORGE | $90,000.00 |
| DISP-4719594 | ██████ | KR | UHC | 9/4/2025 | ██████ | 63685 | 2/2/2026 | ONESTI | $37,950.00 |
| DISP-4774188 | ██████ | KR | UHC | 9/4/2025 | ██████ | 64722 | 3/18/2026 | ONESTI | $115,000.00 |
| DISP-5028082 | ██████ | DS | UHC | 9/11/2025 | ██████ | 61798 | 2/5/2026 | M. BRISMAN | $97,750.00 |
| DISP-5028110 | ██████ | DS | UHC | 9/11/2025 | ██████ | 61800 | 2/20/2026 | M. BRISMAN | $23,000.00 |
| DISP-5076621 | ██████ | HM | UHC | 8/8/2025 | ██████ | 61618 | 2/26/2026 | M. BRISMAN | $28,750.00 |
| DISP-5076695 | ██████ | HM | UHC | 8/8/2025 | ██████ | 69990 | 2/10/2026 | M. BRISMAN | $34,500.00 |
| DISP-5112650 | ██████ | KN | UHC | 8/29/2025 | ██████ | 61343 | 2/18/2026 | J. BRISMAN | $99,000.00 |
| DISP-5112703 | ██████ | KN | UHC | 8/29/2025 | ██████ | 20660 | 2/17/2026 | J. BRISMAN | $25,300.00 |
| DISP-5112748 | ██████ | KN | UHC | 8/29/2025 | ██████ | 69990 | 2/16/2026 | J. BRISMAN | $34,500.00 |
| DISP-5223109 | ██████ | AD | UHC | 1/10/2025 | ██████ | 22852 | 3/10/2026 | GEORGE | $69,000.00 |
| DISP-5455694 | ██████ | SS | UHC | 10/31/2025 | ██████ | 62161 | 3/25/2026 | M. BRISMAN | $85,963.00 |
| DISP-5455978 | ██████ | SS | UHC | 10/31/2025 | ██████ | 61781 | 3/25/2026 | M. BRISMAN | $51,750.00 |
| DISP-597551 | ██████ | PT | UHC | 3/7/2023 | ██████ | 20660 | 3/26/2025 | BOLOGNESE | $22,000.00 |
| DISP-629011 | ██████ | SC | UHC | 7/29/2022 | ██████ | 61458 | 11/12/2024 | SHARP | $17,820.00 |
| DISP-647735 | ██████ | KS | UHC | 5/30/2024 | ██████ | 22590 | 3/10/2025 | BOLOGNESE | $99,000.00 |
| DISP-647867 | ██████ | KS | UHC | 5/30/2023 | ██████ | 61783 | 3/10/2025 | BOLOGNESE | $34,500.00 |
| DISP-647911 | ██████ | KS | UHC | 5/30/2023 | ██████ | 20660 | 3/10/2025 | BOLOGNESE | $25,300.00 |
| DISP-654084 | ██████ | AL | UMR | 3/10/2022 | ██████ | 61781 | 6/6/2024 | RAK | $25,000.00 |
| DISP-818509 | ██████ | RM | UMR | 7/13/2023 | ██████ | 61798 | 1/6/2025 | BROWN | $85,000.00 |
| DISP-818523 | ██████ | RM | UMR | 7/13/2023 | ██████ | 61800 | 1/6/2025 | BROWN | $23,000.00 |
| DISP-982867 | ██████ | CG | OXFORD | 8/1/2023 | ██████ | 61783 | 4/16/2025 | RAK | $34,500.00 |
| | | | | | | | | | $3,336,810.80 |